# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ELISANDRO MENDOZA,

    *Petitioner*,

vs.

LEGRAND, *et al.*,

    *Respondents*.

3:10-cv-00545-ECR-RAM

ORDER

Petitioner's letter docketed as a motion (#4) for an extension of time is GRANTED, and the time for petitioner to pay the filing fee is extended up to and including thirty (30) days after entry of this order. Petitioner should note that requests for relief should be presented by a properly-captioned motion rather than by letter, as a letter may be disregarded without action.

DATED: December 13, 2010

*[signature: Edward C. Reed]*

EDWARD C. REED
United States District Judge